```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
Moonbug Entertainment LTD.,        :
                                   :
               Plaintiff,          :
                                   :          21 Civ. 4313(VM)
        -against-                  :             ORDER
                                   :
A20688, et al.,                    :
                                   :
               Defendants.         :
---------------------------------X
Moonbug Entertainment LTD.,        :
                                   :
               Plaintiff,          :
                                   :          21 Civ. 4315(VM)
        -against-                  :             ORDER
                                   :
13071860213, et al.,               :
                                   :
               Defendants.         :
---------------------------------X
Moonbug Entertainment LTD.,        :
                                   :
               Plaintiff,          :
                                   :          21 Civ. 4317(VM)
        -against-                  :             ORDER
                                   :
AICHENG, et al.,                   :
                                   :
               Defendants.         :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

Plaintiff in the above matters has submitted a letter providing the Court an update on service, a proposed briefing schedule, and Plaintiff's position on maintaining the case under seal as directed by the Court in its May 17, 2021 Order. (See Attached Letter.) It is hereby ordered that the deadline for any Defendant to oppose Plaintiff's motion for a preliminary injunction is June 16, 2021. Plaintiff's reply, if any, shall be due June 21, 2021. The Court will schedule

a hearing on the motion should one become necessary.

Having been informed by Plaintiff that these matters no longer need to remain under seal, the Court respectfully requests that the Clerk unseal these matters in their entirety and place all filed documents on to the public dockets.

As before, the TRO shall remain in effect pursuant to the May 14, 2021 Order until Plaintiff's motion for a preliminary injunction has been resolved.

**SO ORDERED:**

Dated: New York, New York
       10 June 2021

_____
Victor Marrero
U.S.D.J.