```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/14/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
Moonbug Entertainment LTD.,          :
                                     :
                    Plaintiff,       :
                                     :        **21 Civ. 4313(VM)**
          -against-                  :            **ORDER**
                                     :
A20688, et al.,                      :
                                     :
                    Defendants.      :
----------------------------------X
Moonbug Entertainment LTD.,          :
                                     :
                    Plaintiff,       :
                                     :        **21 Civ. 4315(VM)**
          -against-                  :            **ORDER**
                                     :
13071860213, et al.,                 :
                                     :
                    Defendants.      :
----------------------------------X
Moonbug Entertainment LTD.,          :
                                     :
                    Plaintiff,       :
                                     :        **21 Civ. 4317(VM)**
          -against-                  :            **ORDER**
                                     :
AICHENG, et al.,                     :
                                     :
                    Defendants.      :
----------------------------------X
**VICTOR MARRERO, U.S.D.J.:**

      Upon review of the complaints and other papers filed
with the Court in connection with the three cases captioned
above, the Court notes that in all material respects the
papers describe substantially similar underlying events
arising out of the same or similar operative facts, and that
the parties are substantially the same parties. Accordingly,
it is hereby

      **ORDERED** that the Clerk of Court is respectfully

requested to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lower numbered case, 21 Civ. 4313; and it is further

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 21 Civ. 4315 and 21 Civ. 4317, as separate actions and remove them from the Court's docket.

**SO ORDERED:**

Dated:    New York, New York
          14 June 2021

_____

Victor Marrero
U.S.D.J.