USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/17/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
Moonbug Entertainment LTD.,          :
                                     :
                    Plaintiff,       :
                                     :        **21 Civ. 4313 (VM)**
      -against-                      :        **ORDER**
                                     :
A20688, et al.,                      :
                                     :
                    Defendants.      :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On June 11, 2021, defendant Doguhan E. Karahan (aka defendant 13071860213) filed a form motion to dismiss. (See 21 Civ. 4315, Dkt. No. 20.) On June 15, 2021, defendant Chen Lirong (aka defendant ZHONGZHUANG) likewise filed a motion to dismiss this action. (See 21 Civ. 4313, Dkt. No. 20.) The Court hereby denies both motions without prejudice.

The Court's Individual Rules require that the parties engage in correspondence regarding anticipated motions to dismiss prior to bringing them to the Court's attention. (See generally Individual Rules at Section II, B, available at https://www.nysd.uscourts.gov/hon-victor-marrero.) The Court hereby directs both defendants, as well as any other defendants who anticipate bringing motions to dismiss in this matter, to review the individual rules and comply with their

terms before bringing motions to dismiss. The Court will consider both defendants motions if they are presented to the Court after the exchange of correspondence has occurred.

**SO ORDERED:**

Dated:    New York, New York
          17 June 2021

Victor Marrero
U.S.D.J.