**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED,<br><br>                          Plaintiff,<br><br>          - against -<br><br>A20688, et al.,<br><br>                          Defendants. | **21 Civ. 4313 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Plaintiff's modified request (Dkt. No. 41) to serve restraining notices on PayPal, Amazon and Wish pursuant to N.Y. C.P.L.R. Sections 5222 and 5225 in connection with the default judgment (Dkt. No. 40) is hereby GRANTED.

**SO ORDERED.**

Dated:     April 26, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.

13