```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED,<br><br>                              Plaintiff,<br><br>          - against -<br><br>A20688, et al.,<br><br>                              Defendants. | **21 Civ. 4313 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, **United States District Judge**.

   Plaintiff's request (Dkt. No. 43) for return of the three (3) bonds, each in the amount of $5,000.00, originally posted by Plaintiff to counsel in case numbers 21-cv-4313, 21-cv-4315, and 21-cv-4317, is hereby GRANTED.

**SO ORDERED.**

Dated:   May 5, 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.