UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOONBUG ENTERTAINMENT LIMITED,

                 Plaintiff,

                                                                           21 **CIVIL** 4313 (VM)

         -against-                                     **DEFAULT JUDGMENT**

A20688, et al.,
               Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Decision and Order dated April 26, 2022, the motion of plaintiff Moonbug Entertainment Limited ("Moonbug") for a default judgment against the named defendants (the "Defaulting Defendants") (Dkt. No. 36) is GRANTED, and the motion of Moonbug for a permanent injunction against the Defaulting Defendants (Dkt. No. 36) is GRANTED, and Moonbug is awarded statutory damages of $50,000 per each Defaulting Defendant, with interest beginning from the date of the Order and continuing until the judgment is satisfied, and the automatic stay imposed by Federal Rule of Civil Procedure 62 is dissolved, and Moonbug is permitted to immediately enforce the judgment.

**DATED**: New York, New York
             May 19, 2022

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                      **BY:** _K. Mango_
                                                          **Deputy Clerk**