**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MOONBUG ENTERTAINMENT LIMITED,

                       Plaintiff,

          - against -

A20688, et al.,

                       Defendants.

**21 Civ. 4313 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

     Having been informed by Plaintiff Moonbug Entertainment Limited by email dated June 28, 2022 that no defendants remain and no further action is anticipated in this matter, the Court hereby directs the Clerk of Court to close the above-captioned case and related cases, 21 Civ. 4315 and 21 Civ. 4317.

**SO ORDERED.**

Dated:     June 29, 2022
             New York, New York

*[signature]*
Victor Marrero
U.S.D.J.

1